IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SCOTTIE J.D.,                )
                             )
          Plaintiff,         )
                             )
     v.                      )        1:23CV695
                             )
MARTIN J. O'MALLEY,          )
Commissioner of Social       )
Security,                    )
                             )
          Defendant.         )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on May 29, 2024, was served on the parties in this action. (Docs. 13, 14.) Plaintiff objected to the Recommendation (Doc. 16), Defendant responded in opposition (Doc. 17), and Plaintiff submitted a reply (Doc. 18).

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, and that this action is DISMISSED WITH PREJUDICE.

A Judgment dismissing this action will be entered contemporaneously with this Order.

/s/ Thomas D. Schroeder
United States District Judge

July 22, 2024

2

Case 1:23-cv-00695-TDS-LPA   Document 19   Filed 07/22/24   Page 2 of 2